IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**JEFFREY L. SIMMONS,**

    Plaintiff,

**v.**                                                                 **Civil Action No. 2:08-cv-65**

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of two Reports and Recommendations of United States Magistrate Judge James E. Seibert [Docs. 7 & 9], to which neither party filed objections. Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, failure to file objections to the magistrate judge's proposed findings and recommendation permits the District Court to review the recommendation under the standards that the District Court believes are appropriate, and under these circumstances, the parties' right to *de novo* review is waived. *See* **Webb v. Califano**, 468 F. Supp. 825 (E.D. Cal. 1979).

Accordingly, because no objections have been filed, these reports and recommendations ("R & R's") will be reviewed for clear error. Upon review of the R & R's and the record, it is the opinion of this Court that the Magistrate Judge's Reports and Recommendation **[Docs. 7& 9]** should be, and are, hereby **ORDERED ADOPTED**.

For reasons more fully stated in the Reports and Recommendation of United States

Magistrate Judge James E. Seibert, this Court **ORDERS** that the Plaintiff's Motion to Dismiss without prejudice **[Doc. 8]** be **GRANTED** for failure to pay the filing fee required by 28 U.S.C. § 1914(a).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: March 17, 2010.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE